UNITED STATES of America, Plaintiff—Appellee,

v.

Anthony Allen QUINN, Defendant—Appellant.

No. 06–7149.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 6, 2006.

Decided: Nov. 20, 2006.

Anthony Allen Quinn, Appellant Pro Se. William Neil Hammerstrom, Jr., Office of The United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Allen Quinn appeals a district court order denying his motion for sentence reduction pursuant to Fed.R.Crim.P. 35(b). We have reviewed the record and the district court opinion and affirm for

the reasons cited by the district court. *See United States v. Quinn,* No. 1:01–cr–00089 (E.D. Va. June 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*